# In The United States Court of Federal Claims

No. 09-20C

(Filed: June 3, 2009)

_____

BENTON SALMON d/b/a SALMON CONSTRUCTION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic preliminary status conference will be held in this case on Tuesday, June 16, 2009, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                            s/ Francis M. Allegra
                                                            Francis M. Allegra
                                                            Judge