# In The United States Court of Federal Claims

No. 09-20C

(Filed: June 16, 2009)

_____

BENTON SALMON d/b/a SALMON CONSTRUCTION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a preliminary status conference was held in this case. Participating in the conference were James Mayo, for plaintiff, and Patryk Drescher, for defendant. Based on discussions during the conference, it was agreed that:

1. On or before July 1, 2009, the parties shall exchange their initial discovery disclosures as required by RCFC 26(a)(1);

2. On or before December 1, 2009, fact discovery shall be completed;

3. On or before December 15, 2009, the parties shall file a joint status report indicating how this case should proceed;

4. On or before February 1, 2010, the parties shall disclose their expert witnesses as required by RCFC 26(a)(2);

5. On or before March 31, 2010, expert discovery shall be completed; and

6. On or before April 14, 2010, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge