# In The United States Court of Federal Claims

No. 09-20C

(Filed: July 2, 2010)

_____

BENTON SALMON d/b/a SALMON CONSTRUCTION,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Tuesday, July 20, 2010, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra  
                                              Francis M. Allegra  
                                              Judge