# In The United States Court of Federal Claims

No. 09-20C

(Filed: July 20, 2010)

_____

BENTON SALMON d/b/a SALMON CONSTRUCTION,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

      Today, a telephonic status conference was held in this case. Participating in the conference were James Mayo, on behalf of plaintiff, and Patryk Drescher, on behalf of defendant. In accordance with discussions held therein, the court adopts the following schedule in this matter:

1. On or before October 19, 2010, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial. *See* RCFC, Appendix A, ¶ 13(a) and (b);

2. On or before November 19, 2010, plaintiff shall file:

    (a) Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a);

    (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

    (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

3. On or before December 17, 2010, defendant shall file:

    (a) Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b);

    (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

    (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

4. A telephonic pre-trial conference will be held on January 7, 2011, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time; and

5. Trial shall commence on Monday, January 17, 2011, in New Orleans, Louisiana, at a location to be determined.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge