# In The United States Court of Federal Claims

No. 09-20C

(Filed: July 27, 2010)

_____

BENTON SALMON d/b/a SALMON CONSTRUCTION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On July 20, 2010, this court issued an order scheduling trial to commence on Monday, January 17, 2011.  However, due to the Martin Luther King, Jr. holiday, the schedule must be revised.  Accordingly, trial shall commence on Monday, January 24, 2011, in New Orleans, Louisiana, at a location to be determined.  All other pre-trial scheduling dates shall remain the same.

    **IT IS SO ORDERED.**

                                                       s/ Francis M. Allegra  
                                                       Francis M. Allegra  
                                                       Judge