# In The United States Court of Federal Claims

No. 09-20C

(Filed:  November 29, 2010)

_____

BENTON SALMON d/b/a/ SALMON CONSTRUCTION,

                      Plaintiff,

          v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**

_____

On November 18, 2010, the court denied plaintiff's unopposed motion to stay on account of settlement discussions.  On or before December 6, 2010, the parties shall file a joint status report on the progress of the settlement discussions.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge